■ The People of the State of New York, Respondent, v Julio Nin, Also Known as Julio Ambiuri, Appellant. [714 NYS2d 670] —Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered November 18, 1997, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him, as a second felony offender, to a term of 12½ to 25 years, unanimously affirmed.

The court properly exercised its discretion in denying defendant's motion to withdraw his guilty plea, after sufficient inquiry wherein defendant was afforded a reasonable opportunity to present his contentions (*see, People v Frederick*, 45 NY2d 520). The record establishes that defendant knowingly, intelligently, and voluntarily pleaded guilty after a thorough allocution, and that he was fully able to understand the

proceedings with the assistance of an interpreter. His conclusory assertions of misunderstanding, innocence, coercion and ineffective assistance are belied by the record and did not require a hearing or the appointment of new counsel. Counsel did not take a position adverse to that of defendant, and, in any event, it is clear that the court rejected defendant's claims prior to directing an inquiry at defense counsel (*see, People v Rodriguez*, 189 AD2d 684, *lv denied* 81 NY2d 892).

We perceive no abuse of sentencing discretion. Concur—Nardelli, J. P., Ellerin, Wallach, Andrias and Saxe, JJ.